**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**LATREYA A. BOYD,**

        **Plaintiff(s),**      **CASE NUMBER: 05-73902
    HONORABLE VICTORIA A. ROBERTS**

**v.**

**JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On April 21, 2006, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation **[Doc. 13]** recommending that the Court dismiss Plaintiff's complaint. Magistrate Pepe recommends dismissal due to Plaintiff's failure to comply with the Magistrate's Order to file a motion for summary judgment, *see* Scheduling Order entered January 20, 2006, and the Magistrate's Order that Plaintiff show cause why the complaint should not be dismissed for failure to prosecute. *See* Order to Show Cause entered February 21, 2006.

    Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will

adopt the Magistrate Judge's Report and Recommendation. The Court, therefore,

**DISMISSES** Plaintiff's complaint, pursuant to FRCP 41(b),[1] due to Plaintiff's failure to comply with the Court's Orders and Plaintiff's failure to prosecute this action.

**IT IS SO ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  May 18, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 18, 2006.

S/Carol A. Pinegar
Deputy Clerk

---

[1]FRCP 41(b) states:

**(b) Involuntary Dismissal: Effect Thereof.** For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant. Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, operates as an adjudication upon the merits.